# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

PATRICK L. SHERMAN                                                                    PLAINTIFF
ADC #96304

V.                          NO. 5:14cv00249-SWW-JTR

RAY HOBBS, Director,                                                                 DEFENDANTS
Arkansas Department of Correction, et al.

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 10th day of September 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE